CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 12, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JULIAN A. HUFFMAN,** | |
| Plaintiff, | Case No. 7:25CV00428 |
| v. | **OPINION AND ORDER** |
| **DR. CHARLEES HURLBURT, ET AL.,** | JUDGE JAMES P. JONES |
| Defendants. | |

*Jullian A. Huffman, Pro Se Plaintiff.*

The plaintiff, an unrepresented Virginia inmate, filed this civil rights action pursuant to 42 U.S.C. § 1983 alleging the defendants deprived him of Suboxone treatment. On July 2, 2025, the Court entered a Conditional Filing Order directing Huffman to submit financial information to qualify for installment payments of the filing fee. The Order also warned Huffman that failure to keep the Court informed of his current mailing address would result in dismissal of the case without prejudice. On August 13, 2025, the Court issued an Order related to discovery and mailed Huffman a copy directed to the address Huffman had provided on his Complaint. On September 4, 2025, that mailing was returned to the Court marked as undeliverable, with no ability to forward the mailing. It is self-evident that the Court

must have a viable address by which to communicate reliably with Huffman about this case.

Based on Huffman's failure to provide the Court with a current and usable mailing address and his failure to comply with the Court's initial Order, I will assume that he is no longer interested in pursuing this civil action. Therefore, it is **ORDERED** that this case is hereby DISMISSED without prejudice for failure to prosecute. The Motion to Dismiss, Dtk. No. 17, is terminated without prejudice. The Clerk shall close the case.

    ENTER: September 12, 2025

    /s/ JAMES P. JONES
    Senior United States District Judge